AUSA: RYAN T. NEES

| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | 24 MAG 3579 |
|---|---|

UNITED STATES OF AMERICA

v.

DARNELL ANTHONY HENRY,

Defendant.

RULE 5(c)(3)
AFFIDAVIT

SOUTHERN DISTRICT OF NEW YORK, ss.:

JEREMY GALE, being duly sworn, deposes and says that he is a Special Agent of the Federal Bureau of Investigation ("FBI") and states as follows:

On or about September 25, 2024, the United States District Court for the Middle District of Pennsylvania issued a warrant for the arrest of "Darnell Anthony Henry" based on an indictment charging him with violations of 18 U.S.C. §§ 2251(a) and 2422(b). A copy of the warrant (the "September 25, 2024, Warrant") is attached hereto as Exhibit A and is incorporated by reference herein.

I believe that DARNELL ANTHONY HENRY, the defendant, who was taken into the custody of the FBI on or about October 8, 2024, in the Southern District of New York, is the same individual as the "Darnell Anthony Henry" who is named in the arrest warrant issued by the United States District Court for the Middle District of Pennsylvania.

The bases for my knowledge and for the foregoing are, in part, as follows:

1. I am a Special Agent with the FBI. This affidavit is based upon my personal participation in this matter, as well as on my conversations with other law enforcement officers, my examination of documents, reports, and records, and my personal observations of DARNELL ANTHONY HENRY, the defendant. I have been personally involved in determining whether HENRY is the same person as the "Darnell Anthony Henry" named in the September 25, 2024, Warrant. Because this Affidavit is being submitted for the limited purpose of establishing the identity of the defendant, I have not included in this Affidavit each and every fact that I have learned. Where I report statements made by others, those statements are described in substance and in part, unless otherwise noted.

2. Based on my review of documents from the United States District Court for the Middle District of Pennsylvania, I know that, on or about September 25, 2024, the United States District Court for the Middle District of Pennsylvania issued a warrant for "Darnell Anthony Henry." The September 25, 2024, Warrant was based on the defendant's indictment on or about September 25, 2024.

1

3. Based on my personal participation in this matter and my conversations with other law enforcement officers, I know that, on or about October 8, 2024, DARNELL ANTHONY HENRY, the defendant, was arrested in connection with the September 25, 2024, Warrant in the Bronx, New York.

4. I believe that DARNELL ANTHONY HENRY, the defendant, is the "Darnell Anthony Henry" named in the September 25, 2024, Warrant, for the following reasons, among others:

    a. While taking custody of HENRY on or about October 8, 2024, HENRY told me that his name was "Darnell Anthony Henry." At the time of his arrest, I also seized a driver's license from HENRY's person which identified his name, date of birth, and address. HENRY identified the driver's license as his and confirmed that it correctly listed his name, date of birth, and address.

    b. Using law enforcement databases, I searched for "Darnell Anthony Henry" and found criminal history and driver's license records for an individual with the same name, date of birth, and address as HENRY's. These records, as well as HENRY's driver's license, included photographs of HENRY. Those photographs match the appearance of HENRY. Accordingly, I believe that HENRY is the same person as the "Darnell Anthony Henry" sought in the September 25, 2024, Warrant.

WHEREFORE, I respectfully request that DARNELL ANTHONY HENRY, the defendant, be imprisoned or bailed, as the case may be.

JEREMY GALE
Special Agent
Federal Bureau of Investigation

Sworn to before me this
9th day of October, 2024

_____
THE HONORABLE ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK